# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA : No. 133 MM 2017

v. :

W.A.H., III :

PETITION OF: DREW F. DEYO, ESQ. :

## ORDER

**PER CURIAM**

    **AND NOW**, this 19th day of October, 2017, upon consideration of the Application to Withdraw as Counsel, the matter is remanded to the Court of Common Pleas of Franklin County for resolution of the application within 45 days. To the extent Petitioner wishes to proceed *pro* se, the court is directed to hold a hearing per *Commonwealth v. Grazier*, 713 A.2d 81 (Pa. 1998), within 45 days of this Court's order. The court is DIRECTED to issue its determination within 30 days of that hearing.

    Jurisdiction is RETAINED in this Miscellaneous Docket matter pending notification of the common pleas court's adjudication of the remand.